UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 22-5831-GW-JCx |
| Title | *Leemanuel Weilch v. Ara A. Tchaghlassian, et al.* |
| Date | March 20, 2023 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 20, 2023, Plaintiff Leemanuel Weilch filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for April 24, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on April 20, 2023.

:

Initials of Preparer   JG